# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PABLO L. FERRER,

    Plaintiff,

    v.

CARLOS J. BAEZ-SANCHEZ,

    Defendants.

CIVIL NO. 19-2041 (PAD)

## ORDER

From its face, the complaint does not comply with the general rules of pleading set in Rule 8 of the Federal Rules of Civil Procedure. Construing the allegations liberally, they do not provide the court with basic facts sufficient to support a viable claim for relief. Even under a liberal *pro se* standard, dismissal is appropriate in these circumstances. See, Prince v. Purdue, No. 10-240, 2010 WL 724705, *2 (D.D.C. Feb. 24, 2010) (dismissing *pro se* complaint *sua sponte*). Therefore, the case is dismissed without prejudice. Judgment shall be entered accordingly.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of November, 2019.

                                                 s/Pedro A. Delgado-Hernández
                                               PEDRO A. DELGADO-HERNÁNDEZ
                                               U.S. DISTRICT JUDGE